**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROGELIO VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 1124 |
| | ) | |
| CITY OF BERWYN and | ) | |
| OFFICER DAVID GREEN (Star #298), | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Mr. Brian J. Barrido
Dvorak, Toppel & Barrido
3859 West 26th Street
Chicago, IL 60623

Please take notice that on the **2nd day of April, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2243** of the Richard J. Daley Center, Chicago, Illinois and then and there present the attached **Motion for Leave to Appear and Vacate All Defaults Technical or Otherwise.**

_S/Richard F. Bruen_____
Odelson & Sterk, Ltd.
Attorneys for Defendant
3318 W. 95th St.
Evergreen Park, IL  60805
(708) 424-5678
Attorney No. 91071

**PROOF OF SERVICE**

I, Richard F. Bruen, Jr., an attorney, hereby certify under Section 1-109 of the Illinois Code of Civil Procedure that he caused a copy of the above to be served on Plaintiff's counsel identified above via e-filing before the hour of 5:00 p.m. on the 24th day of March, 2008.

_s/Richard F. Bruen_____