**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROGELIO VASQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   08 C 1124 |
| ) | |
| CITY OF BERWYN and ) | |
| OFFICER DAVID GREEN (Star #298), ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR LEAVE TO APPEAR**
**AND VACATE ALL DEFAULTS TECHNICAL OR OTHERWISE**

NOW COMES Defendant CITY OF BERWYN, by and through its attorneys Odelson & Sterk, Ltd., and moves this Court for leave appear on its behalf, to vacate all defaults technical or otherwise, and allow Defendants an additional thirty (30) days to answer or otherwise plead.  In support of this Motion, Defendant states as follows:

1. Plaintiff served the City with this lawsuit on February 26, 2008.

2. Unfortunately, the matter was inadvertently misfiled by Defendant and an answer or other responsive pleading was not filed within the twenty (20) days allowed by the Federal Rules of Civil Procedure.

3. Moreover, the Berwyn City Attorney, Bruce Bonebrake, resigned from his position last month.

4. Defendant has retained Odelson & Sterk, Ltd. to represent it in this matter and the City intends to vigorously defend itself in this matter.  Officer Green will retain Shaw Gussis Fishman Glantz Wolfson & Towbin LLC to appear on his behalf.

5. Said Firm is investigating the facts surrounding this matter and will need to complete its investigation before answering or otherwise responding to Plaintiff's Complaint.

6. Defendant requests that this Court allow Odelson & Sterk, Ltd. leave to appear on its behalf, vacate all defaults, technical or otherwise, and grant Defendants thirty (30) days to answer or otherwise plead.

7. This Motion is not being brought for the purposes of delay and will not result in prejudice to Plaintiff.

8. Movant has discussed this matter with counsel for Plaintiff and he has no objection to this Motion or the time to answer or otherwise plead that is being requested.

WHEREFORE, for the foregoing reasons, Defendant CITY OF BERWYN respectfully requests that this Honorable Court allow Odelson & Sterk, Ltd. to appear on its behalf, vacate all defaults technical or otherwise, grant an additional thirty (30) days for Defendants to answer or otherwise plead, and grant any further relief deemed just.

Respectfully submitted,

CITY OF BERWYN, Defendant

/s/    Richard F. Bruen, Jr.

By:_____
       One of Its Attorneys

Mark H. Sterk, Esq.
Richard F. Bruen, Jr., Esq.
ODELSON & STERK, LTD.
3318 W. 95th St.
Evergreen Park, IL  60805
(708) 424-5678