**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROGELIO VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1124 |
| | ) | |
| CITY OF BERWYN and OFFICER DAVID | ) | Judge Hart |
| GREEN (Star #298), | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AGREED MOTION FOR LEAVE TO APPEAR
AND VACATE ALL DEFAULTS TECHNICAL OR OTHERWISE**

Defendant, OFFICER DAVID GREEN, by and through his attorneys, David B. Goodman and S. Jarret Raab, Shaw Gussis of counsel, moves this Court for leave to appear on his behalf, to vacate all defaults technical or otherwise, and allow Defendant an additional thirty (30) days to answer or otherwise plead. In support of this Motion, Defendant states as follows:

1. Plaintiff served the City and Officer Green with this lawsuit on February 26, 2008.

2. Unfortunately, the Summons and Complaint were inadvertently misfiled by Defendant, City of Berwyn, and an answer or other responsive pleading was not filed within the twenty (20) days allowed by the Federal Rules of Civil Procedure.

3. Moreover, the Berwyn City Attorney, Bruce Bonebrake, resigned from his position last month.

4. Defendant has retained David Goodman and Jarret Raab of Shaw Gussis to represent him in this matter, and Officer Green intends to vigorously defend himself in this matter.

5. Officer Green's counsel was retained only last week, and it is investigating the facts surrounding this matter and will need to complete its investigation before answering or otherwise responding to Plaintiff's Complaint.

6. Defendant requests that this Court allow David Goodman and Jarret Raab, Shaw Gussis of counsel, leave to appear on behalf of Officer Green, vacate all defaults, technical or otherwise, and grant Defendant thirty (30) days to answer or otherwise plead.

7. This Motion is not being brought for the purposes of delay and will not result in prejudice to Plaintiff.

8. Counsel for Defendant City of Berwyn has discussed this matter with counsel for Plaintiff and he has no objection to this Motion or the time to answer or otherwise plead that is being requested.

WHEREFORE, for the foregoing reasons, Defendant, Officer David Green, respectfully requests that this Honorable Court allow David Goodman and Jarret Raab, Shaw Gussis of counsel, to appear on behalf of Officer Green, vacate all defaults technical or otherwise, grant an additional thirty (30) days for Defendant to answer or otherwise plead, and grant any further relief deemed just.

Dated: March 25, 2008

Respectfully Submitted,

OFFICER DAVID GREEN

By: /s/ David B. Goodman
    One of His Attorneys

David B. Goodman (#6201242)
S. Jarret Raab (#6294632)
SHAW GUSSIS FISHMAN GLANTZ
 WOLFSON & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

2

## CERTIFICATE OF SERVICE

I, David B. Goodman, an attorney, certify that on March 25, 2008, I electronically filed, on behalf of Defendant, Officer David Green's **AGREED MOTION FOR LEAVE TO APPEAR AND VACATE ALL DEFAULTS TECHNICAL OR OTHERWISE**, with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

TO:	Richard J. Dvorak	Mark H. Sterk
	Neil L. Toppel	Richard F. Bruen, Jr.
	Brian Joseph Barrido	Odelson & Sterk, Ltd.
	Dvorak, Toppel & Barrido	3318 West 95th Street
	3859 West 26th Street	Evergreen Park, Illinois  60805
	Chicago, Illinois  60623

				/s/ David B. Goodman
				One of His Attorneys