IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGELIO VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1124 |
| | ) | |
| CITY OF BERWYN and OFFICER DAVID GREEN (Star #298), | ) ) | Judge Hart Magistrate Judge Brown |
| | ) | |
| Defendants. | ) ) | |

## AMENDED NOTICE OF AGREED MOTION

TO:  Richard J. Dvorak          Richard Bruen
     Neil L. Toppel              Odelson & Sterk, Ltd.
     Brian Joseph Barrido        3318 West 95th Street
     Dvorak, Toppel & Barrido    Evergreen Park, Illinois
     3859 West 26th Street
     Chicago, Illinois  60623

Please take notice that on the 2nd day of April, 2008, at 11:00 a.m. or as soon thereafter as counsel shall be heard, we shall appear before the Honorable Judge William T. Hart in Room 2243, at the Dirksen Federal Building, United States Federal Courthouse, 219 S. Dearborn, Chicago, Illinois or such other judge who may be sitting in his place or stead and present the attached **AGREED MOTION FOR LEAVE TO APPEAR AND VACATE ALL DEFAULTS TECHNICAL OR OTHERWISE**.

Dated: March 25, 2008

Respectfully Submitted,

OFFICER DAVID GREEN

By:      /s/ David B. Goodman
         One of His Attorneys

David B. Goodman (#6201242)
S. Jarret Raab (#6294632)
SHAW GUSSIS FISHMAN GLANTZ
 WOLFSON & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

## CERTIFICATE OF SERVICE

I, David B. Goodman, an attorney, certify that on March 25, 2008, I electronically filed, on behalf of Defendant, Officer David Green's **AMENDED NOTICE OF AGREED MOTION**, with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

TO:    Richard J. Dvorak                              Richard Bruen
         Neil L. Toppel                                Odelson & Sterk, Ltd.
         Brian Joseph Barrido                    3318 West 95th Street
         Dvorak, Toppel & Barrido              Evergreen Park, Illinois
         3859 West 26th Street
         Chicago, Illinois  60623

                                                /s/ David B. Goodman
                                                One of His Attorneys

{6608 PLD A0202857.DOC}