UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rogelio Vasquez

                Plaintiff,

v.                                      Case No.: 1:08–cv–01124
                                                      Honorable William T. Hart

City of Berwyn, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

    MINUTE entry before Judge Honorable William T. Hart:Motion hearing set for 4/2/2008 is stricken. Defendants' agreed motions for leave to appear and vacate all defaults technical or otherwise and for an extension of time [11][12] are granted. Defendants are given to 4/30/2008 to answer or otherwise plead. Status hearing set for 5/7/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.