IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROGELIO VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1124 |
| | ) | |
| CITY OF BERWYN and OFFICER DAVID GREEN (Star #298), | ) ) | Judge Hart Magistrate Judge Brown |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

TO:   Richard J. Dvorak                                  Mark H. Sterk
      Neil L. Toppel                                     Richard F. Bruen, Jr.
      Brian Joseph Barrido                               Odelson & Sterk, Ltd.
      Dvorak, Toppel & Barrido                           3318 West 95th Street
      3859 West 26th Street                              Evergreen Park, Illinois
      Chicago, Illinois  60623

   PLEASE TAKE NOTICE that on Tuesday, April 29, 2008, the undersigned, caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER DAVID GREEN'S ANSWER TO COMPLAINT**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated: April 29, 2008

                                                Respectfully Submitted,

                                                OFFICER DAVID GREEN

                                                By:      s/S. Jarret Raab
                                                         One of His Attorneys

David B. Goodman (#6201242)
S. Jarret Raab (#6294632)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

## **CERTIFICATE OF SERVICE**

      I, S. Jarret Raab, an attorney, certify that on April 29, 2008, I electronically filed, on behalf of Defendant, Officer David Green's **NOTICE OF FILING**, with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

| | | |
|---|---|---|
| TO: | Richard J. Dvorak | Mark H. Sterk |
| | Neil L. Toppel | Richard F. Bruen, Jr. |
| | Brian Joseph Barrido | Odelson & Sterk, Ltd. |
| | Dvorak, Toppel & Barrido | 3318 West 95th Street |
| | 3859 West 26th Street | Evergreen Park, Illinois |
| | Chicago, Illinois  60623 | |

                                                          s/S. Jarret Raab
                                                          One of His Attorneys