# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number:   08 CV 1124

ROGELIO VASQUEZ V. CITY OF BERWYN, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF BERWYN

| | |
|---|---|
| NAME (Type or print) <br> Richard F. Bruen, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Richard F. Bruen, Jr. | |
| FIRM <br> ODELSON & STERK, LTD. | |
| STREET ADDRESS <br> 3318 West 95th Street | |
| CITY/STATE/ZIP <br> Evergreen Park, Illinois 60805 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06242594 | TELEPHONE NUMBER <br> (708) 424-5678 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL X    APPOINTED COUNSEL ☐ | |