**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                             Case Number:   08 CV 1124

ROGELIO VASQUEZ V. CITY OF BERWYN, et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF BERWYN


| NAME (Type or print) |  |
|---|---|
| Robert Wilder | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/Robert Wilder | |
| **FIRM** | |
| ODELSON & STERK, LTD. | |
| **STREET ADDRESS** | |
| 3318 West 95th Street | |
| **CITY/STATE/ZIP** | |
| Evergreen Park, Illinois 60805 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06244917 | (708) 424-5678 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL X     APPOINTED COUNSEL ☐ | |