IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGELIO VASQUEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 08 C 1124 |
| | ) |
| CITY OF BERWYN and OFFICER DAVID | )   Judge Hart |
| GREEN (Star #298), | )   Magistrate Judge Brown |
| | ) |
|     Defendants. | ) |

## NOTICE OF FILING

To:    SEE SERVICE LIST

    PLEASE TAKE NOTICE that on April 30, 2008, we filed the attached **Defendant City of Berwyn's Answer to Complaint,** with the United States District Court, Northern District, Eastern Division, copies of which are hereby served upon you.

                                            *S/Richard F. Bruen, Jr.*

## PROOF OF SERVICE

    I, Richard F. Bruen, Jr., state that on April 30, 2008, I caused a copy of the foregoing **Defendant City of Berwyn's Answer to Complaint** to be served on the above-mentioned party by e-filing this motion with the United States District Court, Northern District, Eastern Division.

                                            *S/Richard F. Bruen, Jr.*

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

**SERVICE LIST**

1. Brian Joseph Barrido
   Dvorak, Toppel & Barrido
   3859 West 26th Street
   Chicago, Illinois 60623

2. Stephen J. Raab
   Shaw, Gussis, Fishman, Glantz,
   Wolfson & Towbin, LLC
   321 North Clark Street, Suite 800
   Chicago, Illinois 60610